DAVID RICHMAN, Respondent, *v.* STANLEY MARK STRAND CORPORATION et al., Appellants.

ROSE RICHMAN, Respondent, *v.* STANLEY MARK STRAND CORPORATION et al., Appellants.

(Argued December 7, 1934; decided December 31, 1934.)

*J. F. Lucey* for appellant.

*Ely S. Koplovitz* for respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN. O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.